[No. 43043-6-II.   Division Two.   June 24, 2014.]

RICHARD APPLEGATE ET AL., *Appellants*, v. WASHINGTON FEDERAL SAVINGS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-05028-6, John R. Hickman, J., entered January 6, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 43786-4-II.   Division Two.   June 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY ALLEN LOHR, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00884-8, James W. Lawler, J., entered July 30, 2012. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.

[No. 43996-4-II.   Division Two.   June 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM B. SHOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 12-1-00114-4, Michael J. Sullivan, J., entered September 21, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bjorgen, A.C.J., and Lee, J.